UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BERNARD WHITE II, aka POOKEY,<br><br>         Petitioner,<br><br>vs.<br><br>DERRICK OLLISON, WARDEN (A) IRONWOOD STATE PRISON,<br><br>         Respondent. | Case No. CV 06-5210-DSF(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the habeas corpus petition and dismissing the action with prejudice.

1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.

5 DATED: 12/12/08        *[signature: Dale S. Fischer]*

7                              _____
                                    DALE S. FISCHER
                               UNITED STATES DISTRICT JUDGE

R&Rs\06-5210.ADO2
9/2/08