```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  GERALD BERNARD WHITE II,  )  Case No. CV 06-5210-DSF(RC)
    aka POOKEY,               )
12                            )
              Petitioner,     )
13                            )  JUDGMENT
    vs.                       )
14                            )
    DERRICK OLLISON, WARDEN   )
15  (A), IRONWOOD STATE       )
    PRISON,                   )
16            Respondent.     )
                              )
17  _____
18       IT IS ADJUDGED that the petition for writ of habeas corpus is
19  denied and the action is dismissed with prejudice.
20
21       DATE: 12/12/08                    [signature]
22                                    _____
                                            DALE S. FISCHER
23                                    UNITED STATES DISTRICT JUDGE
24  R&Rs\06-5210.jud2
    9/2/08
25
26
27
28
```